# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| **CENTRAL ILLINOIS CARPENTER HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY, CARPENTERS FRINGE BENEFIT FUND, CARPENTERS LOCAL 742, and CARPENTERS LOCAL 44,** | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 04-2235 |
| v. | ) ) | |
| **ACT SERVICES, INC. and PAMELA J. PRICE, doing business as ACT SERVICES, INC.,** | ) ) ) ) ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

On September 28, 2005, Plaintiffs appeared before Senior United States District Judge Harold A. Baker for hearing on their Motion for Entry of Default (#15). Judge Baker granted the motion (#15) and scheduled the pending Motion for Default Judgment as to or in the Alternative Motion for an Accounting/Evidentiary Hearing (#16) for an evidentiary hearing before the undersigned on October 13, 2005. On said date, Plaintiffs appeared by counsel. No one appeared on behalf of Defendants. The Court reviewed exhibits tendered and heard arguments of counsel. The Court directed Plaintiffs to an auditors' affidavit. Thereafter, on October 18, 2005, an Affidavit of Auditor (#20) was filed.

Defendants have failed to contest Plaintiffs' claims. The undersigned has reviewed Plaintiffs' submissions, including the affidavit, and has determined that Plaintiffs are entitled to the relief sought. Accordingly, I recommend pursuant to my authority under 28 U.S.C.

§ 636(b)(1)(B) that the Motion for Default Judgment as to or in the Alternative Motion for an Accounting/Evidentiary Hearing **(#16)** be **GRANTED** and the Order attached hereto as "Exhibit A" be entered.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within ten (10) working days after being served with a copy of this Report and Recommendation.  *See* 28 U.S.C. § 636(b)(1).  Failure to object will constitute a waiver of objections on appeal.  *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

ENTER this 16th day of November, 2005.

s/ DAVID G. BERNTHAL  
U.S. MAGISTRATE JUDGE

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, CARPENTERS FRINGE BENEFIT FUNDS, CARPENTERS LOCAL #742 and CARPENTERS LOCAL #44, <br><br>    Plaintiffs, <br>vs. <br><br>ACT SERVICES, INC. and PAMELA J. PRICE d/b/a ACT SERVICES, INC., <br><br>    Defendants. | No. 04-2235 |

## **O R D E R**

This cause coming on to be heard on Plaintiffs' Motion for Default Judgment or in the Alternative Motion for an Accounting/Evidentiary Hearing, and the Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon the Defendants, ACT SERVICES, INC. and PAMELA J. PRICE a/b/a ACT SERVICES INC., and that the Defendants have failed to answer or otherwise plead within the statutory time frame, the Plaintiffs are hereby awarded a Default Judgment against Defendants, ACT SERVICES, INC. and PAMELA J. PRICE d/b/a ACT SERVICES, INC., as follows:

  A. Defendant is ordered to produce for Plaintiffs the contributions reporting forms for the period of July 2004 through the date of this Order.

B. That Judgment is entered in favor of the Plaintiffs and against the Defendant for audit liability due for the period from May 1, 2003 through June 30, 2004 as to wages received and hours worked by Defendant's employees in the amount of $3,273.18 which includes audit costs of $952.50, liquidated damages in the amount of $336.94 and interest of $118.81.

C. That Judgment is entered in favor of Plaintiffs and against the Defendant for attorney fees in the amount of $3,557.25, as provided by ERISA, 29 U.S.C. Section 1132(g)(2), and the Agreements and Declarations of the Trust of the Plaintiffs.

ENTERED this day of _____, 2005.

_____
**Senior United States District Judge**