IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, CARPENTERS FRINGE BENEFIT FUNDS, CARPENTERS LOCAL 742, and CARPENTERS LOCAL 44,<br><br>   Plaintiffs,<br><br>v.<br><br>ACT SERVICES, INC. and PAMELA J. PRICE, d/b/a ACT SERVICES, INC.,<br><br>   Defendants. | 04-2235 |

## ORDER APPROVING MAGISTRATE RECOMMENDATION

A recommendation was filed by the Magistrate Judge in the above cause on November 16, 2005. More than ten days have elapsed since the filing of the recommendation and no objections have been made. *See* 28 U.S.C. § 636(b)(1).

The recommendation of the Magistrate Judge is, therefore, accepted by the court. *See Video Views, Inc. v. Studio 21, Ltd.,* 797 F.2d 538 (7th Cir. 1986). The court agrees with the Magistrate Judge that the motion for default judgment and/or in the alternative motion for an accounting/evidentiary hearing [#16] should be granted. A separate order will be entered.
ENTERED this 5th day of December, 2005.

**s\Harold A. Baker**
_____
HAROLD A. BAKER
U.S. DISTRICT JUDGE