E-FILED
Monday, 05 December, 2005  02:58:45 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| CENTRAL ILLINOIS CARPENTERS HEALTH & WELFARE TRUST FUND, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS, MID-CENTRAL ILLINOIS REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP FUND, CENTRAL ILLINOIS CARPENTERS ANNUITY FUND, CARPENTERS FRINGE BENEFIT FUNDS, CARPENTERS LOCAL #742 and CARPENTERS LOCAL #44, <br><br>Plaintiffs, <br><br>vs. <br><br>ACT SERVICES, INC. and PAMELA J. PRICE d/b/a ACT SERVICES, INC., <br><br>Defendants. | No. 04-2235 |

## ORDER

This cause coming on to be heard on Plaintiffs' Motion for Default Judgment or in the Alternative Motion for an Accounting/Evidentiary Hearing, and the Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon the Defendants, ACT SERVICES, INC. and PAMELA J. PRICE a/b/a ACT SERVICES INC., and that the Defendants have failed to answer or otherwise plead within the statutory time frame, the Plaintiffs are hereby awarded a Default Judgment against Defendants, ACT SERVICES, INC. and PAMELA J. PRICE d/b/a ACT SERVICES, INC., as follows:

A. Defendant is ordered to produce for Plaintiffs the contributions reporting forms for the period of July 2004 through the date of this Order.

3

B. That Judgment is entered in favor of the Plaintiffs and against the Defendant for audit liability due for the period from May 1, 2003 through June 30, 2004 as to wages received and hours worked by Defendant's employees in the amount of $3,273.18 which includes audit costs of $952.50, liquidated damages in the amount of $336.94 and interest of $118.81.

C. That Judgment is entered in favor of Plaintiffs and against the Defendant for attorney fees in the amount of $3,557.25, as provided by ERISA, 29 U.S.C. Section 1132(g)(2), and the Agreements and Declarations of the Trust of the Plaintiffs.

ENTERED this 5th day of  December , 2005.

s/Harold A. Baker
**Senior United States District Judge**

4